Conn .W. Crosser and Henrietta Crosser, Respondents, v. Lehn & Fink Products Corporation, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Hazel Allen Kelley and John B. Kelley, Respondents, v. Guerlain, Inc., Appellant, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied as to item 3. (See Drake v. Herrman, 261 N. Y. 414.) The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Herman Goldstein, Respondent, v. James Henry Alexandre, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Yvette L. Josephson and Hyman Josephson, Appellants, v. Chas. Meisezahl Mfg. Co., Respondent. (Action No. 1. Supreme Court, New York County.) Charles Meisezahl Mfg. Co., Respondent, v. Pauline Berger and Yvette Berger Josephson, Defendants. (Action No. 2. Municipal Court of the City of New York, Borough of Manhattan, Eighth District.) Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Giacomo Medvedieff, Respondent, v. Cities Service Oil Company, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

David H. Dubrowsky, Respondent, v. Joseph Z. Dalinda, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Petition of Lena A. Herrick to Determine the Validity of the Notice of Election Pursuant to Decedent Estate Law, Section 18, to Take against the Will of William C. Herrick, Deceased, and for the Rescission of a Separation Agreement Executed by and between the Petitioner and Deceased. Lena A. Herrick, Petitioner, Appellant; Corn Exchange Bank Trust Company and John J. Fields, 3rd, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.